### (October 11, 1948.)

JACOB LICHTER et al., Doing Business under the Name of SOUTHERN FIRE-PROOFING CO., et al., Appellants, v. JULES SHAPIRO et al., as Executors of JACOB SHAPIRO, Deceased, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Estate of GEORGE McCORMACK, Deceased. MARGARET M. McCORMACK, Appellant; EDWARD VOLLMER et al., as Executors of GEORGE McCORMACK, Deceased, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present.— Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See post, p. 924.]

In the Matter of the Accounting of FREDERICK H. MERTENS, as Surviving Trustee, and WILLIAM J. SMITH, as Substituted Trustee, under the Will of FREDERICK D. FRICKE, Deceased, Respondents. HARRIETTE A. F. BAXTER, Individually and as Executrix of JOHN D. FRICKE, Deceased, et al., Appellants; FIDELITY & DEPOSIT COMPANY OF MARYLAND et al., Respondents.—Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Shientag, JJ. [See post, p. 1032.]

MAX LOEWINTHAN, Appellant, v. ARTHUR I. LeVINE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

NETTIE M. FEINS v. SAMUEL P. COHEN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See post, p. 927.]

BERTHA REITMEISTER, Appellant, v. ADOLPH REITMEISTER, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

RAPHAEL FELDHUHN, Respondent, v. HENRY KARLIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Estate of MOE JACOBS, Deceased. ALICE M. JACOBS, as Administratrix of the Estate of MOE JACOBS, Deceased, Appellant; CELIA HARRIS, as Administratrix of the Estate of KATIE JACOBS, Deceased, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

BYRNE BOWMAN & FORSHAY, INC., Respondent, v. LAWRENCE J. DeSWARTE, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

CATHERINE RICHARDSON et al., Appellants, v. EDWARD V. DENNEEN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [192 Misc. 871.] [See post, p. 924.]

CHRISTIAAN L. MEIJER, JR., Respondent, v. GENERAL CIGAR CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Probate of the Will of IRWIN M. HERZIG, Deceased. GERTRUDE C. H. NOTES, Appellant; BENJAMIN H. HERZIG, Respondent.— Appeal from decree unanimously dismissed, with costs to the respondent payable out of the estate, without prejudice to an application to the Surrogate to vacate the default and the dismissal of the objections based thereon. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.